# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 2020         Telephone: (212) 317-1200
New York, New York 10165                Facsimile: (212) 317-1620

October 27, 2017

BY ECF
Honorable Edgardo Ramos
United States District Court
United States Courthouse
40 Foley Square
New York, NY 10007-1312

      Re:    1:17-cv-8-VEC Galeana v. Szechuan Restaurant of Columbus, Inc.

Your Honor:

    I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiffs in the above-referenced matter. The parties write jointly to: (a) respectfully request that discovery in this matter be extended from today to December 29, 2017; and (b) respectfully request that the status conference presently scheduled for October 31, 2017 be adjourned to a date on or after December 29, 2017.

    The requested extension is necessary because Ms. Helen Wu, attorney for the individual Defendant herein, has recently left the law firm of Wong, Wong & Associates, requiring that the parties have additional time to conclude discovery activity. Alternate defense counsel from Wong, Wong & Associates anticipates filing a notice of appearance shortly. The requested discovery extension should permit the parties to conclude all discovery activity promptly.

    The parties thank the Court for its time and attention.

    Respectfully Submitted,

    _____/s/_____
    Shawn R. Clark, Esq [LF1102]
    Michael Faillace & Associates, P.C.
    Attorneys for Plaintiffs