# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 2020 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

August 13, 2018

BY ECF
Honorable Katharine H. Parker
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    1:17-cv-8-KHP Galeana v. Szechuan Restaurant of Columbus, Inc.

Your Honor:

      I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiff in the above-referenced matter. The parties write jointly to submit: (a) the fully executed agreement reflecting the agreement reached before Your Honor at the settlement conference held on April 10, 2018; and (b) a fully-executed stipulation of dismissal.

      The parties thank the Court for its time and attention.

      Respectfully Submitted,

      _____/s/_____
      Shawn R. Clark, Esq [LF1102]
      Michael Faillace & Associates, P.C.
      Attorneys for Plaintiffs

Enclosures