UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MANUEL ALBERTO GALEANA *individually and*
*on behalf of others similarly situated*,

    Plaintiff,

   -against-

SZECHUAN RESTAURANT OF COLUMBUS,
INC. (d/b/a EMPIRE SZECHUAN), AH-FONG
CHANG, and MARY DOE,

    Defendants,
------------------------------------------------------------x

Index No.: 17-cv-0008

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

  **IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and Defendants that Plaintiff, in accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses this action, with prejudice and without an award of costs and disbursements.

Dated: Flushing, New York
   March 2, 2018

| Michael Faillace & Associates, P.C. | HANG & ASSOCIATES, PLLC. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Shawn Clark, Esq. | Ge Qu, Esq. |
| 60 East 42nd Street, Suite 4510 | 136-20 38th Ave., Ste 10G |
| New York, New York 10165 | Flushing, NY 11354 |
| Telephone: (212)-317-1200 | Telephone (718) 353-8588 |
| Email: sclark@faillacelaw.com | Email: rqu@hanglaw.com |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |